**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Raymond Joseph Montes,<br><br>               Defendant. | No. CR-11-01643-PHX-JAT<br><br>**DETENTION ORDER** |

On May 27, 2016, Defendant appeared before this Court on a petition for revocation of supervised release. A detention hearing was held. The Court considered the information provided to the Court, testimony of U.S. Probation Officer Ricardo Castañeda, and arguments of counsel in determining whether Defendant should be released on conditions set by the Court.

The Court finds that Defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

///

///

///

1 IT IS THEREFORE ORDERED that Defendant be detained pending further
2 proceedings.
3 IT IS FURTHER ORDERED setting a Preliminary Revocation Hearing for
4 **Friday, June 3, 2016 at 1:30 p.m.** before Magistrate Judge John Z. Boyle in Courtroom
5 302.
6 Dated this 27th day of May, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge